FILE COPY



# Court of Appeals
## Twelfth Court of Appeals District at Tyler

# BILL OF COSTS

### Court of Appeals No. 12-15-00175-CV

### Trial Court No. 11-3019-B/S1

**Brown-Eyed Girl, LLC d/b/a Leigh Oliver's, and Brown-Eyed Girl, LLC d/b/a Leigh Oliver's, as Assignee of Gourmet Resources, LLC and Alexandra Weeks, Individually and d/b/a Gourmet Resources, LLC**

**Vs.**

**Truck Insurance Exchange**

| DOCUMENTS FILED | AMOUNT | FEE PAID BY |
|---|---|---|
| Motion fee | $10.00 | Shelley  Poole |
| Indigent | $25.00 | Martin Walker |
| Required Texas.gov efiling fee | $20.00 | Martin Walker |
| Supreme Court chapter 51 fee | $50.00 | Martin Walker |
| Filing | $100.00 | Martin Walker |
| **TOTAL:** | $205.00 | |

I, Pam Estes, Clerk of the Court of Appeals, Twelfth Court of Appeals District at Tyler, Texas, certify that the above copy of the Bill of Costs is true and correct.  GIVEN UNDER MY HAND AND SEAL OF SAID COURT, at Tyler, this 17th day of December 2015, A.D.

PAM ESTES, CLERK

By: _Katrina McClenny_
Katrina McClenny, Chief Deputy Clerk